# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendants. | Case No. 2:20-cv-03412-MMB |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel, Vanessa R. Waldref, for the Defendants in this case.

Respectfully submitted,

Date: July 29, 2020

                                                /s Vanessa R. Waldref
VANESSA R. WALDREF (D.C. Bar No. 989692)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Washington, D.C.  20002
Vanessa.R.Waldref@usdoj.gov
Telephone (202) 514-2741
Facsimile (202) 514-8865

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020 the foregoing Notice of Appearance was filed electronically and is available for viewing and downloading from the ECF system by counsel of record for all parties.

/s Vanessa R. Waldref
*Attorney for Defendants*