**JEFF LANDRY**
  ATTORNEY GENERAL OF LOUISIANA
ELIZABETH B. MURRILL (*pro hac vice forthcoming*)
  *Solicitor General*
JOSEPH S. ST. JOHN (*pro hac vice forthcoming*)
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov

**TIM FOX**
  ATTORNEY GENERAL OF MONTANA
JON BENNION (*pro hac vice forthcoming*)
  *Chief Deputy Attorney General*
215 N. Sanders, Third Floor
P.O. Box 201401
Helena, MT 59620
Tel: (406) 444-2026
jonbennion@mt.gov

SEE SIGNATURE PAGE FOR
ADDITIONAL PARTIES AND COUNSEL

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>        Defendants. | No. 2:20-cv-3412-MMB<br><br><br>**MOTION TO INTERVENE BY THE STATES OF LOUISIANA, MONTANA, ARKANSAS, MISSISSIPPI, MISSOURI, TEXAS, WEST VIRGINIA, AND WYOMING** |

The States of Louisiana, Montana, Arkansas, Mississippi, Missouri, Texas, West Virginia, and Wyoming (collectively, "State Intervenors") respectfully move pursuant to Federal Rule of Civil Procedure 24 to intervene as defendants in the above-captioned litigation. The grounds for the motion are: (a) the motion is timely; (b) the State Intervenors have significant protectable interests as sovereigns, regulators, proprietors, and advocates for the challenged rule; (c) the disposition of this action could impede the State Intervenors' ability to protect those interests; (d) the current parties do not adequately represent the interests of the State Intervenors; and (e) the State Intervenors' position in support of the revised regulations plainly involves common questions of law and fact with this action, and their direct opposition to Plaintiffs' claims satisfies the "common question" requirement for permissive intervention.. This motion is based on the supporting Memorandum of Points and Authorities; the accompanying Declaration of Joseph S. St. John ("St. John Decl."); and any further papers filed in support of this motion, the argument of counsel, and all pleadings and records on file in this matter. Additionally, State Intervenors submit their proposed Answer in response to the Complaint, which is attached hereto.

Counsel for the State of Louisiana corresponded with counsel for the parties on August 20, 2020. Plaintiffs and the United States took no position on this motion.

WHEREFORE, State Intervenors respectfully request that the Court GRANT their Motion to Intervene and permit State Intervenors to intervene as Defendants in this proceeding.

Dated: August 28, 2020        Respectfully submitted,

**FORD LAW OFFICE LLC**

/s/ Matthew C. Ford
WILLIAM E. FORD (Pa Bar No. 21872)
MATTHEW C. FORD (Pa. Bar No. 203990)
ERIC J. GASPAR (Pa Bar No. 208619)
FORD LAW OFFICE LLC
Two City Center
645 Hamilton Street, Suite 520
Allentown, PA 18101
Tel: (484) 273-0425
wef@flolegal.com
mcf@flolegal.com
ejg@flolegal.com

*Counsel for State Intervenors*

**JEFF LANDRY**
  **ATTORNEY GENERAL OF LOUISIANA**

ELIZABETH B. MURRILL (*pro hac vice* forthcoming)
  *Solicitor General*
JOSEPH S. ST. JOHN (*pro hac vice* forthcoming)
  *Deputy Solicitor General*
RYAN M. SEIDEMANN (*pro hac vice* forthcoming)
  *Assistant Attorney General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
seidemannr@ag.louisiana.gov

*Attorneys for the State of Louisiana*

**TIM FOX**
  **ATTORNEY GENERAL OF MONTANA**

JON BENNION (*pro hac vice forthcoming*)
 *Chief Deputy Attorney General*
215 N. Sanders, Third Floor
P.O. Box 201401
Helena, MT 59620
Tel: (406) 444-2026
jonbennion@mt.gov

*Attorney for the State of Montana*

**LESLIE RUTLEDGE**
  **ATTORNEY GENERAL OF ARKANSAS**

NICHOLAS J. BRONNI (*pro hac vice forthcoming*)
  *Solicitor General*
VINCENT WAGNER (*pro hac vice forthcoming*)
  *Deputy Solicitor General*
OFFICE OF ARKANSAS ATTORNEY GENERAL
  LESLIE RUTLEDGE
323 Center Street, Suite 200
Little Rock, AK 72201
Tel: (501) 682-8090
nicholas.bronni@arkansasag.gov
vincent.wagner@arkansasag.gov

*Attorneys for the State of Arkansas*

**LYNN FITCH**
  **ATTORNEY GENERAL OF MISSISSIPPI**

KRISTI H. JOHNSON (*pro hac vice forthcoming*)
  *Solicitor General*
OFFICE OF MISSISSIPPI ATTORNEY
  GENERAL LYNN FITCH
P.O. Box 220
Jackson, MS 39205
Tel: (601) 359-5563
kristi.johnson@ago.ms.gov

*Attorney for the State of Mississippi*

**ERIC SCHMITT**
  **ATTORNEY GENERAL OF MISSOURI**

D. John Sauer (*pro hac vice forthcoming*)
  *Solicitor General*
OFFICE OF THE MISSOURI
  ATTORNEY GENERAL
P.O. Box 899
Jefferson City, MO 65102-0899
Tel: (573) 751-1800
john.sauer@ago.mo.gov

*Attorney for the State of Missouri*

4

**KEN PAXTON**
  **ATTORNEY GENERAL OF TEXAS**

DAVID J. HACKER (*pro hac vice forthcoming*)
  *Associate Deputy Attorney General*
OFFICE OF THE TEXAS
 ATTORNEY GENERAL
P.O. Box 12548 (MC 001)
Austin, Texas 78711-2548
Tel: (512) 936-1700
david.hacker@oag.texas.gov

*Attorney for the State of Texas*


**PATRICK MORRISEY**
  **ATTORNEY GENERAL OF WEST VIRGINIA**

LINDSAY S. SEE (*pro hac vice forthcoming*)
  *Solicitor General*
State Capitol Building 1, Rm. 26-E
Charleston, WV 25305
Tel: (304) 558-2021
lindsay.s.see@wvago.gov

*Attorney for the State of West Virginia*


**FOR THE STATE OF WYOMING**

JAMES C. KASTE (*pro hac vice forthcoming*)
  *Deputy Attorney General*
WYOMING ATTORNEY GENERAL'S OFFICE
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Tel: (307) 777-6946
james.kaste@wyo.gov

*Attorney for the State of Wyoming*