## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | No. 2:20-cv-3412-MMB |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Motion to Intervene of the States of Louisiana *et al* (the "Motion") filed herein, the Court having considered the Motion, the Memorandum of Law in support thereof, any opposition thereto, and any oral argument thereon, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, that the States of Louisiana, Montana, Arkansas, Mississippi, Missouri, Texas, West Virginia, and Wyoming (collectively, the "State Intervenors") are each permitted to intervene as a defendant in the above-captioned proceeding as a matter of right.

It is further **ORDERED** that State Intervenors' Answer to the Complaint, attached to the Motion, is deemed timely filed as of the date of this Order.

BY THE COURT:

_____