## CERTIFICATE OF SERVICE

I, Matthew C. Ford, certify that on this 28th day of August, 2020, I caused a true and correct copy of the foregoing Motion to Intervene, the Memorandum of Law in support thereof, and all accompanying exhibits and attachments to be filed using the Court's Electronic Case Filing System ("ECF System"). The documents are available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

Respectfully submitted,

**FORD LAW OFFICE LLC**

/S/ MATTHEW C. FORD

Matthew C. Ford (Pa. Bar No. 203990)
FORD LAW OFFICE LLC
Two City Center
645 Hamilton Street, Suite 520
Allentown, PA 18101
Tel: (484) 273-0425
mcf@flolegal.com

*Attorney for State Intervenors*