# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency, et al.,<br><br>Defendants. | Case No. 2:20-cv-03412<br><br>**[Proposed] ORDER** |

Before the Court is the Defendants' Motion to Dismiss (ECF No. 16). The Court has considered the Motion and finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Defendants' Motion to Dismiss, ECF No. 16, is **GRANTED**.

2. This matter is **DISMISSED.**

DATED this _____ day of _____, 2020.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
United States District Judge