# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE RIVERKEEPER NETWORK, et al.,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 2:20-cv-03412 |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,** ) ) ) | Michael M. Baylson, J. |
| Defendant. ) ) ) | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Mark L. Freed, Esq.
Pa. Atty. No. 63860
Curtin & Heefner LLP
2005 S. Easton Road, Suite 100
Doylestown, PA 18901
267-898-0570
mlf@curtinheefner.com

Kacy C. Manahan, Esquire
Staff Attorney
Delaware Riverkeeper Network
N.J. Attorney No. 275122018
Pa. Limited Licensee
*Admitted Pro Hac Vice*
925 Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 x115
kacy@delawareriverkeeper.org

*Attorneys for Plaintiffs Delaware Riverkeeper Network and the Delaware Riverkeeper, Maya van Rossum*

1.      Plaintiffs Delaware Riverkeeper Network and the Delaware Riverkeeper, Maya van Rossum, by and through their counsel, respectfully request that this Honorable Court deny the Motion to Dismiss filed by Defendants United States Environmental Protection Agency and Andrew R. Wheeler. Plaintiffs hereby adopt and incorporate by reference the attached Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

2.      WHEREFORE, the Plaintiffs, having answered the Defendants' Motion to Dismiss, respectfully request that this Honorable Court deny it.

Respectfully submitted this 28th day of September, 2020,

      /s/ Mark L. Freed_____
Mark L. Freed, Esq.
Pa. Atty. No. 63860
Curtin & Heefner LLP
2005 S. Easton Road, Suite 100
Doylestown, PA 18901
267-898-0570
mlf@curtinheefner.com

Kacy C. Manahan, Esq.
Staff Attorney
N.J. Attorney No. 275122018
Pa. Limited Licensee
*Admitted Pro Hac Vice*
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 x115
kacy@delawareriverkeeper.org

*Attorneys for Plaintiffs Delaware Riverkeeper Network and the Delaware Riverkeeper, Maya van Rossum*

## **CERTIFICATE OF SERVICE**

Mark L. Freed hereby certifies that on the date set forth below, he caused a true and correct copy of Plaintiffs' Opposition to Defendants' Motion to Dismiss, supporting Memorandum of Law, and a proposed form of order, to be served on all counsel of record through the Court's electronic notification system.

Dated: September 28, 2020  /s/ Mark L. Freed_____
Mark L. Freed, Esq.
Pa. Atty. No. 63860
Curtin & Heefner LLP
2005 S. Easton Road, Suite 100
Doylestown, PA 18901
267-898-0570
mlf@curtinheefner.com

Kacy C. Manahan, Esq.
Staff Attorney
N.J. Attorney No. 275122018
Pa. Limited Licensee
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 x115
kacy@delawareriverkeeper.org

*Attorneys for Plaintiffs Delaware Riverkeeper Network and the Delaware Riverkeeper, Maya van Rossum*