# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE RIVERKEEPER NETWORK, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:20-cv-03412 |
| ) | |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,** ) | Michael M. Baylson, J. |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** being opened to the Court upon the application of Defendants United States Environmental Protection Agency and Andrew R. Wheeler seeking an order dismissing Plaintiffs' complaint in accordance with Federal Rule of Civil Procedure 12(b)(1) and Local Civil Rule 7-1;

The Court having considered the moving papers and the opposition submitted by Plaintiffs Delaware Riverkeeper Network and the Delaware Riverkeeper, Maya van Rossum:

**IT IS ON THIS** _____ day of _____, 2020 **ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss is **DENIED.**

                                                    **AND IT IS SO ORDERED:**

 

                                                    _____

                                                    Michael M. Baylson, J.