## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,<br><br>                 Plaintiffs,<br><br>        v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>                 Defendants. | No.  2:20-cv-3412-MMB |

## <u>WITHDRAWAL OF APPEARANCE OF KRISTI H. JOHNSON</u>

To the Clerk:

Kindly withdraw my appearance as co-counsel for Proposed Intervenor State of Mississippi in the above-captioned matter.

Dated: December 4, 2020                    Respectfully submitted,

**OFFICE OF MISSISSIPPI ATTORNEY GENERAL**

/s/ *Kristi H. Johnson*

Kristi H. Johnson
Solicitor General
Office of Mississippi Attorney General
550 High Street, Suite 1100
Jackson, MS 39201
Tel: (601) 359-5563
Email: kristi.johnson@ago.ms.gov

*Attorney for Proposed Intervenor State of Mississippi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, I caused the foregoing Withdrawal of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

/s/ *Kristi H. Johnson*
Kristi H. Johnson