IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE RIVERKEEPER NETWORK, et al.**<br><br>            v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.** | **CIVIL ACTION**<br><br>**NO. 20-3412** |

## ORDER RE MOTION TO DISMISS AND MOTIONS TO INTERVENE

**AND NOW**, this 18th day of December, 2020, for the reasons stated in the foregoing memorandum, it is **ORDERED** that Defendants' Motion to Dismiss (ECF 16) is **DENIED**. All pending Motions to Intervene (ECF 8, 13, 32) are **GRANTED** as unopposed. The Court considers prompt resolution of this case very much in the public interest and suggests Plaintiffs file a Rule 56 motion promptly.

It is **FURTHER ORDERED** that the Court will hold a Rule 16 conference by teleconference on January 25, 2021 at 2:00 p.m. to set a schedule and discuss other pretrial matters. This conference call will utilize the Court's dial-in conference call system and the dial-in information is as follows:

    Phone:   (571) 353-2300
    Conf. Code:   293786880#

                                                    **BY THE COURT:**

                                                    **s/ Michael M. Baylson**
                                                    _____
                                                    **MICHAEL M. BAYLSON, U.S.D.J.**

/Volumes/Judge Baylson/CIVIL 20/20-3412 Del Riverkeeper v EPA/20cv3412 Order re Motion to Dismiss 12182020.docx