IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,

Defendants.

Case No. 2:20-cv-03412-MMB

**[PROPOSED] ORDER RE HOLDING PROCEEDINGS IN ABEYANCE**

Based on the unopposed motion by Defendants United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA"), to continue to hold these proceedings in abeyance until June 18, 2020, the Court hereby **ORDERS** that EPA's motion shall be **GRANTED**, and this Court will continue to hold this case in abeyance for an additional 14 days, up to and including June 18, 2021. Defendant EPA shall meet and confer with all parties and shall file a status report regarding the parties' positions regarding next steps in the litigation of the Certification Rule by June 18, 2021.

**IT IS SO ORDERED.**

Dated:  June 11, 2021.

/s/ MICHAEL M. BAYLSON
HONORABLE MICHAEL M. BAYLSON
United States District Court Judge