IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:20-cv-03412-MMB<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR EPA'S MOTION FOR REMAND WITHOUT VACATUR** |

Based on the unopposed motion by Defendants United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA"), the Court hereby sets the following schedule for briefing on EPA's motion for remand without vacatur:

EPA shall file its motion for remand without vacatur of the Certification Rule no later than July 1, 2021;

Briefs in Opposition or Support of EPA's Motion shall be due by July 22, 2021;

EPA's reply in support of its motion shall be due by August 5, 2021.

**IT IS SO ORDERED.**

Dated:  June 22, 2021.

/s/ MICHAEL M BAYLSON
_____
HONORABLE MICHAEL M. BAYLSON
United States District Court Judge