IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DELAWARE RIVERKEEPER NETWORK, et al.<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | CIVIL ACTION<br><br>NO. 20-3412 |
|---|---|

## ORDER RE REMAND

**AND NOW**, this 6th day of August, 2021, upon consideration of Defendants Environmental Protection Agency and Michael Regan's Motion for Remand without vacatur (ECF 67), Plaintiffs Delaware Riverkeeper Network and Maya Van Rossum's Response (ECF 68), Defendants Reply (ECF 71), Defendant Intervenors Motion to Strike (ECF 70), and Plaintiffs Response (ECF 72), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that:

1. Defendants Motion for Remand without vacatur is **GRANTED**.

2. For the benefit of all who rely on the Delaware River for business, recreation, and public health, the EPA shall expedite the resolution of this process so that any new rule will become effective as soon as possible.

3. Defendant Intervenors Motion to Strike is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**